IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY ABBOTT, et al.,               )
                                      )
        Plaintiffs,                   )
                                      )
        v.                            )        Case No. 3:06-cv-701 MJR
                                      )
LOCKHEED MARTIN CORPORATION, et       )
al.,                                  )
                                      )
        Defendants.                   )

## ORDER

An In-Person Discovery Dispute Conference was held before the undersigned on August

1, 2008, in this matter.  Based upon the arguments heard and discussions had in that conference

the Court **ORDERS** the following:

1.      Plaintiffs shall file a Motion to Compel on the two issues raised at the hearing, namely
        the Defendants' redaction of documents produced in discovery and the deposition of Mr.
        McCorkindale, on or before August 13, 2008.  Defendant shall respond to the motion
        within ten days as contemplated by SDIL-LR 7.1(g).

2.      The Settlement Conference scheduled for August 4, 2008, is hereby **CANCELED**.  The
        parties shall contact the Court if at any point in the future they believe settlement
        negotiations would be fruitful.

3.      The Court will rule upon the Motion for Leave to File Under Seal the Motion for Leave
        to Amend the Complaint (Doc. 114) after the Defendants have responded to the motion
        or the time to so respond has expired.

**IT IS SO ORDERED.**

**DATED:  August 1, 2008**

                                        s/ *Donald G. Wilkerson*
                                        **DONALD G. WILKERSON**
                                        **United States Magistrate Judge**