UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

ANTHONY ABBOTT, *et al.*,

        *Plaintiffs*,

vs.

        No. 06-cv-0701-MJR-DGW

LOCKHEED MARTIN CORP. *et al.*,

        *Defendants*.

## NOTICE

The parties having announced they have reached a provisional settlement, today's Bench Trial is CANCELLED.

The case is RESET for a telephonic status conference on January 8, 2015, at 2:30 p.m. The Court intends to use that setting to set deadlines for preliminary approval of the proposed settlement. At the Court's direction, and because the undersigned must still act as factfinder in this case should settlement devolve, the parties have not informed the Court as to the contours of the provisional settlement at this time.

Instructions for the conference call: **(1)** Call toll-free, 888-684-8852; **(2)** when prompted, enter seven-digit Access Code: 8364933; **(3)** when prompted, enter four-digit Security Code: 9225.

DATED: December 16, 2014

        s/ *Michael J. Reagan*
        Michael J. Reagan
        United States District Judge